IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA MILANO | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-6307 |
| v. | : | |
| | : | |
| IKEA HOLDINGS US, INC. et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 27th day of September, 2021, upon consideration of Defendant IKEA Holdings US, Inc., IKEA US Retail, LLC, and IKEA North America Services, LLC's ("IKEA's") Motion to Dismiss (ECF No. 6) and Motion to Transfer (ECF No. 7) , it is **ORDERED** that:

- IKEA's Motion to Dismiss under Rule 12(b)(1) is **DENIED**;
- IKEA's Motion to Dismiss under Rule 12(b)(6) is **DENIED**;
- IKEA's Motion to Transfer is **DENIED** without prejudice.

    s/ANITA B. BRODY, J.

    ANITA B. BRODY, J.