## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA MILANO | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-6307 |
| v. | : | |
| | : | |
| IKEA HOLDINGS US, INC. et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 16th  day of May, 2022, it is **ORDERED** that Defendant IKEA

Holdings US, Inc., IKEA US Retail, LLC, and IKEA North America Services, LLC's

("IKEA's") Motion to Compel (ECF No. 32) is **GRANTED**. Plaintiff is **ORDERED** to provide

full and complete verified responses to Defendants' First Set of Interrogatories and produce

documents responsive to Defendants' First Request for Production of Documents within ten (10)

days of this Order.

                                    ___s/ANITA B. BRODY,J._____

                                    ANITA B. BRODY, J.